No. 1773. SÁNCHEZ, APPELLEE, v. DELGADO, APPELLANT (BÁEZ, DEFENDANT).—Debt. Humacao. June 29, 1918. *Dismissed.*

---

No. ——. DÍAZ ET AL., APPELLANTS, v. ROIG, APPELLEE.—Annulment. Humacao. July 9, 1918. *Motion to dismiss overruled.*

---

No. 1858. ALFARO, APPELLEE, v. ALONSO, APPELLANT.—Injunction. Ponce. July 9, 1918. *Motion to dismiss overruled.*

---

No. ——. BERRÍOS, APPELLANT, v. GRILLO ET AL., APPELLEES.—Debt. Humacao. July 9, 1918. *Motion to dismiss overruled.*

---

No. 1888. PHILIPPI, APPELLEE, v. VALDÉS ET AL., APPELLANTS.—Damages. San Juan, Section 1. July 18, 1918. *Dismissed.*

---

No. 1773. SÁNCHEZ, APPELLEE, v. DELGADO, APPELLANT (BÁEZ, DEFENDANT).—Debt. Humacao. July 18, 1918. *Reconsideration denied.*

---

No. 232. TRÍAS ET AL., PETITIONER, v. ROSSY, DISTRICT JUDGE, RESPONDENT.—Certiorari. San Juan, Section 2. July 22, 1918. *Petition denied.*

---

No. 1886. VIEIRA, APPELLEE, v. MAHONÉS, APPELLANT.—Debt. San Juan, Section 1. July 24, 1918. *Dismissed.*